UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>    Defendants. | CIV. NO. 08-CV-4772<br><br>Hon. Richard J. Sullivan<br><br><br>**THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** |
| JAMES CONNOLLY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS, and DAVID L. HERZOG,<br><br>    Defendants. | CIV. NO. 08-CV-5072<br><br>Hon. Richard J. Sullivan |

383512-1

| | |
|---|---|
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>           v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>                Defendants. | CIV. NO. 08-CV-5464<br><br>Hon. Richard J. Sullivan |
| ONTARIO TEACHERS' PENSION PLAN BOARD, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>           v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>                Defendants. | CIV. NO. 08-CV-5560<br><br>Hon. Richard J. Sullivan |

**THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**
_____

383512-1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the City of Saginaw Police and Fire Pension Board ("SPFPB") will and hereby does move this Court on a date and at such time as may be designated by the Court, for an order: (i) consolidating all related actions; (ii) appointing the SPFPB as the Lead Plaintiff in the consolidated action and any subsequently filed related cases, and (iii) approving its selection of Lockridge Grindal Nauen P.L.L.P. and Mager & Goldstein LLP to represent it as Co-Lead Counsel.  In support of this Motion, the City of Saginaw Police and Fire Pension Board submits the accompanying memorandum of law and the Affidavit of Lisa M. Pollard.

DATED:   July 21, 2008               Respectfully Submitted,


   __/s/ Lisa M. Pollard_____
       Lisa M. Pollard
   LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
   Lisa M. Pollard, Esq.
   One Pennsylvania Plaza, Suite 2020
   New York, NY  10119
   Telephone: (212) 271-8232
   Facsimile:  (212) 271-8258
   lmpollard@locklaw.com

   LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
   Richard A. Lockridge, Esq.
   Karen Hanson Riebel, Esq.
   Nathan D. Prosser, Esq.
   100 Washington Avenue South, Suite 2200
   Minneapolis, MN  55401
   Telephone:  (612) 339-6900
   Facsimile:   (612) 339-0981

383512-1

>Jayne Goldstein
>MAGER & GOLDSTEIN LLP
>1640 Town Center Circle, Suite 216
>Weston, FL  33326
>Telephone:  954-515-0123
>Facsimile:   954-515-0124
>jgoldstein@magergoldstein.com
>**[Proposed] Co-Lead Counsel**